# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

_____

| | | |
|---|---|---|
| Margret Clark, | ) | |
| | ) | Civil Action No. 1:16-cv-1157 |
| Plaintiff, | ) | |
| | ) | Litkovitz, M.J. |
| v. | ) | |
| | ) | |
| Jeremy Gotwals, et al., | ) | |
| | ) | |
| Defendant. | ) | |

_____

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2017 I electronically filed the Notice of Appearance (Doc. 31) with the Clerk of the Court using the CM/ECF system and a copy was served upon counsel of record by the Court's ECF system.

*Counsel for Margret Clark*

*s/ Glenn D. Bellamy*
Glenn D. Bellamy

3630204.1