**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

MARGARET CLARK,
    Plaintiff,

Case No. 1:16-cv-1157
Litkovitz, M.J.

vs.

JEREMY GOTWALS, et al.,
    Defendants.

**ORDER**

    The Court has been advised that this case has been settled.

    It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within 30 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

    The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    **IT IS SO ORDERED.**

Date: _3/29/18_

_Karen L. Litkovitz_
Karen L. Litkovitz
United States Magistrate Judge